☒ FILED   ☐ LODGED

**Oct 30 2024**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

GARY M. RESTAINO
United States Attorney
District of Arizona
ANNE E. NELSON
Assistant U.S. Attorney
Arizona State Bar No. 028069
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
Fax: (602) 514-6670
Email: anne.nelson@usdoj.gov
*Attorneys for the United States*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

United States of America *ex rel.*
Wade Riner,

               Plaintiff-Relator,

v.

Recreation Centers of Sun City West,
Inc., *et al.*,

               Defendants.

No. 2:22-cv-01421-ROS

**THE UNITED STATES OF AMERICA'S NOTICE OF ELECTION TO INTERVENE FOR PUPROSES OF SETTLEMENT AS TO DEFENDANT BRIARWOOD COUNTRY CLUB, INC.**

**[*EX PARTE* AND FILED UNDER SEAL]**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court that it hereby intervenes for the purposes of settlement as to Defendant Briarwood Country Club, Inc. Specifically, the United States intervenes with respect to allegations that in May 2020, Briarwood Country Club submitted a false application to obtain a Small Business Administration ("SBA") loan under the Paycheck Protection Program ("PPP"). The United States, Relator Wade Riner, and Defendant Briarwood Country Club, Inc., executed a civil settlement agreement to resolve these allegations. In light of the settlement agreement that has been executed, the United States does not presently intend to file a complaint in intervention. Under the terms of the settlement agreement, the United States and Relator will file a stipulation dismissing this action upon

the United States' receipt of the first installment payment from Briarwood that is due on or before January 31, 2025.

Finally, the Government requests that the relator's Complaint, this Notice, the United States' Notice of Declination as to Certain Defendants that is being contemporaneously filed, and the attached proposed Order be unsealed.  The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

RESPECTFULLY SUBMITTED October 30, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

_____
ANNE E. NELSON
Assistant United States Attorney
*Attorneys for the United States*

- 1 -