**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Wade Riner,<br><br>            Plaintiff,<br><br>v.<br><br>Recreation Centers of Sun City West Incorporated, et al.,<br><br>            Defendants. | NO. CV-22-01421-PHX-ROS<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, pursuant to the parties' Stipulation of Dismissal, this case is dismissed with prejudice. The Court shall retain jurisdiction for the purposes of enforcing the Settlement Agreement.

Debra D. Lucas<br>
District Court Executive/Clerk of Court

January 30, 2025

s/ K. James<br>
By   Deputy Clerk
